UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | :<br>:<br>: |
| v. | : Civil No. _____ |
| $33,700 in U.S. Currency (Jordan-Lock),<br>Defendant. | :<br>:<br>: |

...oooOooo...

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, through undersigned counsel, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.  This is a civil forfeiture action against U.S. currency that is money that was furnished or intended to be furnished by a person in exchange for a controlled substance in violation of 21 U.S.C. section 841, and is, therefore, forfeitable pursuant to 21 U.S.C. section 881(a)(6).

### THE DEFENDANT IN REM

2.  The defendant is $33,700 in U.S. Currency seized from Terre Jordan and Loretta Lock in a hotel room at 156 Waterfront Street, National Harbor, Maryland, in Prince George's County, Maryland, on February 28, 2012 (hereinafter, the "Defendant Currency").

3.  The seizure of the Defendant Currency subsequently was adopted by the United States Drug Enforcement Administration (DEA). The Defendant Currency is presently in the custody of DEA in Maryland.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Currency. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. section 881.

5. This Court has *in rem* jurisdiction over the Defendant Currency under 28 U.S.C.§ 1355(b).

6. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

7. The Defendant Currency is subject to forfeiture pursuant to 21 U.S.C. section 881(a)(6) because it is money that was furnished or intended to be furnished by a person in exchange for a controlled substance in violation of 21 U.S.C. section 841.

## FACTS

8. The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Trooper First Class Patrick Lane, Maryland State Police, which is incorporated herein by reference.

**WHEREFORE**, plaintiff, the United States of America, prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Currency be cited to appear herein and answer the Complaint; that the Defendant Currency be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, the U.S.

Marshals Service dispose of the Defendant Currency according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

Dated:  May 10, 2013.

                                             Respectfully submitted,

                                             Rod J. Rosenstein
                                             UNITED STATES ATTORNEY
                                             District of Maryland

                                             _____
                                             Richard C. Kay
                                             Assistant U.S. Attorney
                                             36 South Charles Street
                                             Fourth Floor
                                             Baltimore, MD 21201
                                             410 209-4800

## VERIFICATION

I, Richard C. Kay, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Complaint for Forfeiture *in rem* is based on reports and information furnished to me by the Drug Enforcement Administration and the Maryland State Police, and that everything contained therein is true and correct to the best of my knowledge and belief.

_____
Richard C. Kay, Esq.
Assistant U.S. Attorney
United States Attorney's Office
District of Maryland

3

## MEMORANDUM

| | |
|---|---|
| DATE: | May 10, 2013 |
| TO: | Kristine Cupp<br>U.S. Marshal Service |
| FROM: | Naquita C. Ervin<br>FSA Paralegal Specialist<br>U.S. Attorney's Office - District of Maryland |
| RE: | U.S. v. $33,700 in U.S. Currency |
| | **Civil Action No.** |
| | CATS ID   **FIRE ASSET – ASSET ID WILL BE FORWARDED ONCE ASSIGNED** |

The United States has filed a forfeiture action against **$33,700 in U.S. Currency**. A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at www.forfeiture.gov pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.

Attachment

| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF <br> UNITED STATES OF AMERICA | COURT CASE NUMBER |
|---|---|
| DEFENDANT <br> $33,700 U.S. CURRENCY | TYPE OF PROCESS <br> Verified Complaint in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Naquita C. Ervin, FSA Paralegal Specialist
U.S. Attorney's Office
36 S. Charles Street, 4th floor
Baltimore, Maryland 21201

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

Arrest property. Fill in the date of arrest in this process receipt and return our copy.

Signature of Attorney or other Originator requesting service on behalf of:  [signed] Richard C. Y.

TELEPHONE NUMBER: 410-209-4800    DATE: 5/10/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below).*

Name and title of individual served *(If not shown above).*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service    Time   am   pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED        SEND ORIGINAL + 2 COPIES to USMS.

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt