Declaration

This affidavit is submitted in support of a Complaint For Forfeiture of $33,700.00 in U.S. currency.

I, Trooper First Class Patrick Lane, of the Maryland State Police Asset Forfeiture Unit, submit that there are sufficient facts to support a reasonable belief that the $33,700.00 in U.S. currency constitutes (1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the controlled substances act; (2) proceeds traceable to such an exchange; and (3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act in violation of 21 U.S.C. § 841 and thus is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

a.      On February 28, 2013, Detective Julia Heng of the University of Maryland Police and members of the Maryland State Police - Metropolitan Area Drug Task Force obtained a search warrant, entered and searched Rooms 603 and 709, 156 Waterfront St, National Harbor, Prince George's County MD, the Aloft hotel (referred to herein as The Residence). Earlier on February 28, 2013, investigators found 10 pounds of marijuana in the possession of Terre Jordan and Loretta Lock, leading to executing the search warrant in their hotel rooms.

b.      After searching the Residence, the following items were recovered from room 603, $33,700.00 that was located in a Samsonite luggage case. Inside the case was found two bank cards in the name of Terre Jordan. Also in the Samsonite case was a plastic bag containing 14 grams of marijuana.

c.      I ran a criminal history check on both subjects. Jordan has two previous CDS possession arrests and four previous non-CDS arrests. Jordan was most recently arrested on March 23, 2012 for CDS possession. I was unable to locate any previous CDS arrests for Lock, however Lock does have 8 previous non CDS arrests. Lock was most recently arrested on November 14, 2006 for receiving stolen property.

1

d. I was unable to locate any documented wages for Jordan or Lock after running a check through the Maryland Department of Labor, Licensing and Regulation.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. 1746 THAT THE FACTS SUBMITTED BY THE MARYLAND STATE POLICE, IN REFERENCE TO THE SEIZURE OF $33,700.00 IN U.S. CURRENCY FROM TERRE EMOND JORDAN ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Patrick Lane
Trooper First Class
Maryland State Police

2